UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOHN JOSEPH                                              CIVIL ACTION

VERSUS                                                   NO: 11-559

WEBER MARINE, INC.                                       SECTION: J(5)

**ORDER**

Considering the foregoing Motion to Continue (Rec. Doc. 21);

**IT IS ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the pretrial conference set for December 8, 2011 is rescheduled for **January 19, 2012, at 3:00 p.m.**

**IT IS FURTHER ORDERED** that jury trial originally set for January 9, 2012 is rescheduled for **February 13, 2012, at 8:30 a.m.**

New Orleans, Louisiana this 5th day of December, 2011.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

1